**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Natasha Bridell and Benjamin Bridell,** <br>        *Plaintiffs,* <br><br> *v.* <br><br> **State Farm Lloyds,** <br>        *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 1:26-CV-341-ADA-SH** |

**ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 13. Judge Hightower recommends that this Court **GRANT** State Farm's Motion for Dismissal of Extra-Contractual Allegations (Dkt. 5) and **DISMISS** without prejudice the Bridells' extra-contractual claims. *Id.* at 3. The report was filed on June 9, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections to Judge Hightower's Report and Recommendation.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that State Farm's Motion for Dismissal of Extra-Contractual Allegations (Dkt. 5) is hereby **GRANTED.** Plaintiffs' extra-contractual claims are hereby **DISMISSED** without prejudice.

**SIGNED** this 1st day of July, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE